IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH PARKS,                    )
                                  )
        Plaintiff,                )
                                  )
v.                                )        CASE NO. CV411-221
                                  )
RONALD W SPEARS, Effingham County )
Prison; EFFINGHAM COUNTY PRISON,  )
All Medical Staff; and MR.        )
MCDANIEL;                         )
                                  )
        Defendants.               )
                                  )

O R D E R

Before the Court are two Magistrate Judge's Report and
Recommendations (Docs. 20, 31), to which no objections have been
filed.  After a careful de novo review of the record, the report
and recommendations are **ADOPTED** as the Court's opinions in this
case.  As a result, Plaintiff's claims against Defendants Spears
and Effingham County Prison are **DISMISSED WITHOUT PREJUDICE**.  In
addition, Defendant McDaniel's Motion for Summary Judgment (Doc.
27) is **GRANTED** and Plaintiff's claims against Defendant McDaniel
are **DISMISSED WITH PREJUDICE**.  As all claims in this case have been
dismissed, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _20th_ day of June 2012.


WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA