FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JUN 20  AM 10: 34

CLERK_____
SO. DIST. OF GA.

KENNETH PARKS,                    )
                                  )
    Plaintiff,                    )
                                  )
v.                                )          CASE NO. CV411-221
                                  )
RONALD W SPEARS, Effingham County )
Prison; EFFINGHAM COUNTY PRISON,  )
All Medical Staff; and MR.        )
MCDANIEL;                         )
                                  )
    Defendants.                   )
                                  )

## O R D E R

Before the Court are two Magistrate Judge's Report and Recommendations (Docs. 20, 31), to which no objections have been filed. After a careful de novo review of the record, the report and recommendations are **ADOPTED** as the Court's opinions in this case. As a result, Plaintiff's claims against Defendants Spears and Effingham County Prison are **DISMISSED WITHOUT PREJUDICE**. In addition, Defendant McDaniel's Motion for Summary Judgment (Doc. 27) is **GRANTED** and Plaintiff's claims against Defendant McDaniel are **DISMISSED WITH PREJUDICE**. As all claims in this case have been dismissed, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of June 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA